UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARL FELDMAN, PAUL FARMER,  CASE NO. 05-61760-CIV-COHN/SNOW
LOIS FELDMAN, HERB SHACKLETON,
STEVEN MILLS, GILDA CAPADANNO,
ARNOLD PUSAR, and STEVEN MILLS,

    Plaintiffs,
vs.

Major General (Ret.) MICHAEL W. DAVIDSON,
ROBERT YAW, II, Major General (Ret.) BRUCE
M. LAWLOR, SECURE SOLUTIONS HOLDING,
INC., a Nevada Corporation, CENTURIA
CORPORATION, a Delaware Corporation,
and LAIDLAW & COMPANY (UK), LTD.,
a Foreign Limited Company,

    Defendants.
_____/

## ORDER RESETTING RESPONSE DEADLINES
## ORDER VACATING ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte*.

It has come to the Court's attention that Plaintiffs have not been receiving copies of the orders issued in this matter since the Court granted Adorno & Yoss, LLP's Motion to Withdraw as Counsel of Record on November 14, 2006. The Court is therefore sending copies of the instant Order as well as all Orders entered by the Court since November 14, 2006, DEs 127, 128, 129, 133 and 134, to each Plaintiff at the addresses listed below. The deadlines set in the above-referenced orders shall be extended herein to allow Plaintiffs sufficient time to evaluate whether to proceed with this action in light of the recent activity in this case and to respond to the Court's Orders and Defendants' Motions.

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs shall have up to and including February 5, 2007 to amend the Complaint as to those counts dismissed without prejudice in this Court's Order Granting in Part Plaintiffs' Motion for Reconsideration [DE 127]. If Plaintiffs elect not to file an amended Complaint, they must notify the Court, in writing, if they intend to proceed with the remaining counts in this action as set forth in the initial Complaint and with a trial as to damages owed by Defendant Secure Solutions Holding, Inc. Plaintiffs failure to file an amended Complaint or otherwise inform the Court of their intent to proceed, shall result in the dismissal of all remaining counts without prejudice and the closing of this case;

2. Plaintiffs shall have up to and including February 5, 2007 to show cause why Adorno & Yoss, LLP's Motion and Notice of Claim of Attorney's Charging Lien [DE 121] should not be granted. Failure to respond to this portion of the instant Order shall result in the granting of Adorno & Yoss, LLP's Motion;

3. This Court's Order of Dismissal [DE 133] dismissing all claims with prejudice as to Defendant Major General (Ret.) Michael W. Davidson is **VACATED** because Plaintiffs did not have notice of the status of this case to make an informed decision as to whether to join Defendant Davidson's Motion to Enter Order of Dismissal Pursuant to Settlement Agreement [DE 131]. Plaintiffs shall have up to and including February 5, 2007 to respond to Defendant Davidson's Motion to Enter Order of Dismissal Pursuant to Settlement Agreement [DE 131]. Plaintiffs' failure to respond to this portion of the Court's Order may result in the dismissal of all counts against Defendant Major General (Ret.) Michael W. Davidson with prejudice;

4. Adorno & Yoss LLP's Motion to Set Aside Order of Dismissal as to Defendant

Major General (Ret.) Michael W. Davidson Pursuant to Federal Rule of Civil Procedure 60(b) [DE 135] is therefore **DENIED AS MOOT**;

    5. All Defendants shall have up to and including February 23, 2007 to answer or otherwise respond to Plaintiffs' Complaint [DE 1], provided Plaintiffs expressly elect to proceed with this action, or any subsequent amended complaint.

    6. To ensure that Plaintiffs receive all filings, Defendants are instructed to send copies of all future filings to each Plaintiff at the addresses listed below. Any filings since November 14, 2006 which have not been mailed individually to Plaintiffs must be sent to each Plaintiff by the Defendant who filed the document no later than the close of business on January 12, 2007.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of January, 2007.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies on following page

Copies to:

All counsel of record

Steven Mills
2200 Sawtooth Mountain Drive
Henderson, NV 89044

Carl Feldman
3210 South Ocean Boulevard, #605
Highland Beach, FL 33487

Lois Feldman
3210 South Ocean Boulevard, #605
Highland Beach, FL 33487

Gilda Capadanno
4 Montclair Avenue
Berlin, NJ 08009

Arnold Pusar
5329 Ascot Bend
Boca Raton, FL 33496

Herb Shackleton
2020 Sample Road
Lighthouse Point, FL 33064